FILED
2026 Oct-07 AM 09:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

PWW/JMH: OCT 2026
HBO GJ #1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **LEVI CLIFTON BELCHER,** | ) |
| | ) |
| **Defendant.** | ) |

# INDICTMENT

## COUNT ONE:
***Possession of Unregistered National Firearms Act Weapon***
**[26 U.S.C. §§ 5841, 5861(d) and 5871 ]**

The Grand Jury charges that:

On or about September 10, 2026, in Madison County, within the Northern District of Alabama, the defendant,

**LEVI CLIFTON BELCHER,**

knowingly possessed a firearm, that is a Sportsman 12 Pump 12-gauge shotgun, with a barrel less than 18 inches, not registered to BELCHER in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**COUNT TWO:**
***Interstate Transmission of Threatening Communication***
**[18 U.S.C. § 875(c)]**

The Grand Jury charges that:

On or about December 18, 2025, in Madison County, within the Northern District of Alabama, and elsewhere, the defendant,

**LEVI CLIFTON BELCHER,**

did knowingly transmit in interstate and foreign commerce a communication containing a true threat to injure the person of another, with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat, by publishing on Threads, a social media platform, public posts threatening to "gun down an ice agent on sight."

All in violation of Title 18, United States Code, Section 875(c).

**NOTICE OF FORFEITURE**
**[26 U.S.C. § 5872 and 28 U.S.C. § 2461(c)]**

The allegations contained in Count One are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c). Upon conviction of the offense in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871 set forth in Count One of this Indictment, the defendant,

**LEVI CLIFTON BELCHER,**

shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, including, but not limited to a Sportsman 12 Pump 12-gauge shotgun (Serial Number: W063448M).

All pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

A TRUE BILL

*/s/ electronic signature*

FOREPERSON OF THE GRAND JURY

PHILLIP W. WILLIAMS JR.
UNITED STATES ATTORNEY

*/s/ electronic signature*

JOHN M. HUNDSCHEID
Assistant United States Attorney