FILED
2026 Oct-30 PM 06:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

5:26-cr-354-LCB-HNJ

STYLE: **U.S. v. Levi Clifton Belcher,** ~~5:26-mj-01178-HNJ~~

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD COND. OR LTD. | RECEIVED | EXHIBITS – **GOVERNMENT (GX#)**<br>GOVERNMENT<br>AUSA John M. Hundscheid<br>DEFENDANT<br>FPD John Forrest Flemming<br>FPD Erin Sabina Atkins<br>COURT – Hon. Herman N. Johnson, Jr. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 1 | ✓ | | | | | | | ✓ | Search Warrant Affidavit |
| | 2 | | | | | | | | | |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 10 | | | | | | | | | |